Alex Yakovlev, *Pro Se*
General Delivery (Homeless)
San Diego, CA 92110-9999
Email: alexjacobsky@gmail.com
NOTICE: All communications must be via email
Plaintiff is homeless; mail to General Delivery address is unreliable

FILED

FEB 05 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ALEX YAKOVLEV,

               Plaintiff,

   vs.

SAN FRANCISCO SUPERIOR COURT, et al.,

               Defendant.

**CV26-1132**

CASE NO. _____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

**AGT**

I, ____ALEX YAKOVLEV_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed?               Yes ____      ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0.00_____   Net: __0.00_____

Employer: __None_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

None _____

_____

_____

2.      Have you received, within the past twelve (12) months, any money from any of the following sources:

     a.      Business, Profession or      Yes ____      ✓____

          self employment?

     b.      Income from stocks, bonds,      Yes ____      ✓____

          or royalties?

     c.      Rent payments?      Yes ____      ✓____

     d.      Pensions, annuities, or      Yes ____      ✓____

          life insurance payments?

     e.      Federal or State welfare payments,      Yes ____      ✓____

          Social Security or other govern-

          ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.      Are you married?      Yes ____      ✓____

Spouse's Full Name: _None_____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_0.00_____ Net $_0.00_____

4.      a.      List amount you contribute to your spouse's support:$ _0.00_____

     b.      List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

None _____

_____

5.    ꝭ  you own or are you buying a home?        Yes ___    ✓

Estimated Market Value: $ 0.00 _____ Amount of Mortgage: $ 0.00 _____

6.    Do you own an automobile?        Yes ___    ✓

Make None _____ Year _____ Model _____

Is it financed? Yes _____    ✓ If so, Total due: $ 0.00 _____

Monthly Payment: $ 0.00 _____

7.    Do you have a bank account?  Yes _____    ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ 0.00 _____

Do you own any cash?  Yes ___    ✓ Amount:  $ 0.00 _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)        Yes ___    ✓

_____

8.    What are your monthly expenses?

Rent:  $ 0.00 _____ Utilities: 0.00 _____

Food:  $ 0.00 _____ Clothing: 0.00 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| None | $ 0.00 | $ 0.00 |
|  | $ | $ |
|  | $ | $ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

None _____

- 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ✓     ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Superior Court Case No. CGC-09-484709, CGC-08-478705 (San Francisco)

Various appellate writ petitions in the First District Court of Appeal

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

02/03/2026

DATE

_Alex Yakovlev_

SIGNATURE OF APPLICANT

- 4 -