# Exhibit A

**Exhibit A**

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk/Executive Officer
Electronically FILED on 11/20/2025 by T. Nevils, Deputy Clerk

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### FIRST APPELLATE DISTRICT

FILED
San Francisco County Superior Court

NOV 20 2025

CLERK OF THE COURT

BY: _____ Deputy Clerk

|  |  |
|---|---|
| ALEX YAKOVLEV, | |
| Petitioner, | A174449 |
| v. | |
| THE SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY, | (San Francsico City & County Super. Ct. No. CGC-09-484709) |
| Respondent; | |
| VISA PURCHASE SECURITY ENHANCEMENT SERVICES, | |
| Real Party in Interest. | |

Alex Yakovlev was designated a vexatious litigant in April 2009 and is subject to a prefiling order. (Code Civ. Proc., §§ 391, 391.7.)

On October 3, 2025, Yakovlev appearing in propria persona filed in this court a petition for writ of mandamus which appears to seek to vacate the trial court order denying his application to vacate the prefiling order and remove him from the Judicial Council vexatious litigant list. On October 6, 2025, Yakovlev also filed with this court an "Application for Permission to Appeal or to File Writ Petition," seeking permission to file his writ petition pursuant to Code of Civil Procedure section 391.7 as well as a separate letter in support of his application.

Application for permission to file the writ petition is denied. Appellant has failed to demonstrate a reasonable possibility his petition has merit. (Code Civ. Proc., § 391.7, subd. (b); *Kobayashi v. Superior Court* (2009) 175 Cal.App.4th 536, 541, 544.) All other requests for relief are denied.

The petition is dismissed, and the matter is deemed complete in this court.

Dated: November 20, 2025                Humes, A.P.J.

_____ A.P.J.

# Exhibit B

# Exhibit B



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Sep-01-2009 1:36 pm

Case Number: CGC-09-484709

Filing Date: Aug-31-2009 1:36

Juke Box: 001    Image: 02604070

ORDER

ALEX YAKOVLEV VS. VISA PURCHASE SECURITY ENCHANCEMENT SERVICES et

001C02604070

**Instructions:**
Please place this sheet on top of the document to be scanned.

**Exhibit B**

COUNTY CLERK

**FILED**
Superior Court of California
County of San Francisco

**AUG 3 1 2009**

GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

COURT OF APPEAL FIRST APPELLATE DISTRICT

AUG 2 8 2009

DIANA HERBERT, CLERK

BY _____ DEPUTY CLERK

| | |
|---|---|
| ALEX YAKOVLEV,<br><br>        Plaintiff and Appellant,<br><br>v.<br><br>VISA ENHANCEMENT SERVICES,<br><br>        Defendant and Respondent. | A125855<br><br>(San Francisco County<br>Super. Ct. No. CGC-09-484709) |

BY THE COURT:

Alex Yakovlev purports to appeal from the trial court's May 26, 2009 order granting a motion to declare him to be a vexatious litigant and requiring him to post security. An order declaring a party to be a vexatious litigant is not appealable. Rather, it is reviewable on appeal from a subsequent appealable order or judgment. (*People v. Harrison* (2001) 92 Cal.App.4th 780, 785, fn. 6; *In re Bittaker* (1997) 55 Cal.App.4th 1004, 1008.) In this case, the trial court has not yet entered such an order or judgment. Accordingly, the above-referenced appeal is dismissed as premature.

Dated: AUG 2 8 2009                    McGUINESS, A.P.J.

1

# Exhibit C

**Exhibit C**

VL-125

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**<br>NAME: Alex Yakolev<br>FIRM NAME:<br>STREET ADDRESS: General Delivery<br>CITY: San Diego  STATE: CA  ZIP CODE: 92110<br>TELEPHONE NO.:  FAX NO.:<br>E-MAIL ADDRESS: alexjacobsky@gmail.com<br>ATTORNEY FOR (name): | STATE BAR NUMBER: | **FOR COURT USE ONLY** |

☐ COURT OF APPEAL,      APPELLATE DISTRICT, DIVISION
☑ SUPERIOR COURT OF CALIFORNIA, COUNTY OF San francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco CA 94102
BRANCH NAME: Civic Center

**FILED**
Superior Court of California
County of San Francisco

**OCT 02 2025**

CLERK OF THE COURT
BY: _____ Deputy Clerk

PLAINTIFF/PETITIONER:
Alex Yakovlev

**ORDER ON APPLICATION TO VACATE PREFILING ORDER
AND REMOVE PLAINTIFF/PETITIONER FROM
JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST**

CASE NUMBER:
CGC-09-484709

Plaintiff/Petitioner    Alex Yakovlev                         requests that this court vacate the prefiling order and remove the vexatious litigant's name from the statewide list in the following case or cases (if more than one, list each separately):

Court: San Francisco Superior Court          Court:

Case Name: Alex Yakovlev v. Visa Purchase Security Enhancement Services     Case Name:

Case Number: CGC-09-484709          Case Number:

Date prefiling order entered: 4/28/09          Date prefiling order entered:

☐ Continued on Attachment (form MC-025)

☐ Granted

☑ Denied

Date: 24 Sept. 2025

_____
PRESIDING JUSTICE OR JUDGE

**ROCHELLE EAST**

The clerk is ordered to provide this order to the Judicial Council of California by fax at 415-865-4329 or by mail at the address below.

> Vexatious Litigant Prefiling Orders
> Judicial Council of California
> 455 Golden Gate Avenue
> San Francisco, California 94102-3688

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
VL-125 [Rev. September 1, 2018]

**ORDER ON APPLICATION TO VACATE PREFILING ORDER
AND REMOVE PLAINTIFF/PETITIONER FROM
JUDICIAL COUNCIL VEXATIOUS LITIGANT LIST**

Code of Civil Procedure, § 391.8
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.      ☐ Print this form    ☐ Save this form        ☐ Clear this form

# Exhibit D

# Exhibit D

Business        UCC

***Begins with*** *filter for refined queries.*

*View* ***more than the 500 default*** *results.*

Home

Search

Forms

Help

## *Important Notes*

***Disclaimer:*** *All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

***Need help?*** *For more information, select* <u>*Forms*</u> *on the menu, view the* <u>*Help Guide*</u> *or* <u>*Video Library*</u>*. To contact the California Secretary of State's office, view the* <u>*Contact Information*</u>*.*

VISA PURCHASE SECURITY ENHANCEM

Advanced ⌄



No results were found for "VISA PURCHASE SECURITY ENHANCEMENT SERVICES"

Try your search again with different filters or a different search term.

**Exhibit D**

Home

Search

Forms

Help

Business          UCC

*Begins with* *filter for refined queries.*

*View* *more than the 500 default* *results.*

## *Important Notes*

*Disclaimer:* *All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

*Need help?* *For more information, select* *Forms* *on the menu, view the* *Help Guide* *or* *Video Library. To contact the California Secretary of State's office, view the* *Contact Information.*

VISA ENHANCEMENT SERVICES

Advanced ⌄



No results were found for "VISA ENHANCEMENT SERVICES"

Try your search again with different filters or a different search term.

# Exhibit E

**Exhibit E**

David A. Clinton, Esq. (Bar No. 150107)
Adrienne M. Stover, Esq. (Bar No. 221816)
**CLINTON & CLINTON**
100 Oceangate, 14th Floor
Long Beach, California 90802
Ph.: (562) 216-5000
Fax: (562) 216-5001

**I M A G E D**
APR 2 9 2009


**F I L E D**
Superior Court of California
County of San Francisco

APR 2 8 2009

**GORDON PARK-LI, Clerk**
BY: _____
Deputy Clerk

Attorneys for Defendant,
**VISA ENHANCEMENT SERVICES (erroneously sued herein as VISA PURCHASE SECURITY ENHANCEMENT SERVICES)**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO – CIVIC CENTER

| | |
|---|---|
| **ALEX YAKOVLEV,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**VISA PURCHASE SECURITY ENHANCEMENT SERVICES and DOES 1 to 14,**<br><br>                    Defendant(s). | CASE NO. CGC-09-484709<br>*Assigned for Case Management purposes to Commr. Arlene T. Borick, Department 212;*<br>*Assigned for Law and Motion purposes to the Hon. ~~James Warren~~, Department 301*<br>~~PETER J. BUSCH~~<br><br>**[~~PROPOSED~~] ORDER REGARDING MOTION FOR ORDER REQUIRING PLAINTIFF TO FURNISH SECURITY, AND FOR PREFILING ORDER FOR VEXATIOUS LITIGANTS**<br><br>**Date:      April 13, 2009**<br>**Time:      9:30 a.m.**<br>**Dept.:      301**<br><br>Date Filed:     February 4, 2009<br>Trial Date:     None |

Defendant, **VISA ENHANCEMENT SERVICES'S (erroneously sued herein as VISA SECURITY PURCHASE ENHANCEMENT SERVICES)** (hereinafter, "Moving Party") Motion for Order Requiring Plaintiff to Furnish Security, and for Prefiling Order for Vexatious Litigants came on for consideration on April 13, 2009 at 9:30 a.m. in Department "301" of the San Francisco Superior Court – Civic Center, before the Hon. Judge James Warren.

**Exhibit E**

Upon reading the moving papers, and applicable opposing papers and reply brief, the Court issued a tentative ruling in favor of the Moving Party. Pursuant to San Francisco Superior Court Local Rules, Rule 8.3, counsel for the Moving Party appeared for clarification as to the date that security is to be furnished by Plaintiff, **ALEX YAKOVLEV**. Plaintiff, **ALEX YAKOVLEV** did not provide notice to counsel for the Moving Party of his intention to appear at the hearing, as required by San Francisco Superior Court Local Rules, Rule 8.3, nor did he appear at the time the matter was called for hearing.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED as follows:

1.  Plaintiff, **ALEX YAKOVLEV** (hereinafter, "Plaintiff") is determined a vexatious litigant, as defined in California Code of Civil Procedure §391.1(b);

2.  There is no reasonable probability that Plaintiff will prevail in the within litigation against the Moving Party;

3.  If Plaintiff wishes to continue this litigation, he is required to furnish security in the amount of $1,500.00 for the benefit of the Moving Party. The security must be furnished by Plaintiff within fifteen (15) days of notice of entry of this Order. Failure to do so will result in a dismissal of the action as to the Moving Party, in accordance with California Code of Civil Procedure §391.4; and

4.  Plaintiff is prohibited from filing any new litigation in the courts of the State of California without an attorney, unless he first obtains leave of the presiding judge of the court where the litigation is proposed to be filed, in accordance with the provisions of California Code of Civil Procedure §391.7. Disobedience of this order may be punished as a contempt of court.

5.  The Clerk is directed to provide the necessary notice to the Judicial Council in accordance with California Code of Civil Procedure §391.7(e).

DATED: ___4/24/09___

_____
JUDGE OF THE SUPERIOR COURT
PETER J. BUSCH

# Exhibit F

# Exhibit F



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Mar-18-2009  1:54 pm

Case Number: CGC-09-484709

Filing Date: Mar-18-2009 12:41

Juke Box: 001    Image: 02437557

: SERVICE OF A COPY OF THE SUMMONS AND OF THE COMPL/

ALEX YAKOVLEV VS. VISA PURCHASE SECURITY ENCHANCEMENT SERVICES et

001C02437557

**Instructions:**
Please place this sheet on top of the document to be scanned.

**Exhibit F**

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: | 982(a)(4) |
|---|---|---|
| Alex Yakovlev in Pro Per<br>537 Jones St 2825<br>San Francisco, CA 94102-4512 | 206-600-5396 | **FILED**<br>Superior Court of California<br>County of San Francisco<br><br>MAR 1 8 2009<br><br>GORDON PARK-LI, Clerk<br>BY: _____<br>Deputy Clerk |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
SAN FRANCISCO SUPERIOR COURT
400 McAllister Street
San Francisco, CA 94102-4512

PLAINTIFF: Alex Yakovlev

DEFENDANT: Visa Purchase Security Program Enhancement Services

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>CGC-09-484709 |
|---|---|

TO: . . . . . . . . . . . . . . . Visa Purchase Security Program Enhancement Services
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: 02/04/2009

_____
(Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [✓] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [✓] Other: (Specify)
   Civil Case Cover Sheet

(To be completed by recipient)

Date of receipt: 2/17/09

Date this form is signed: 3/16/09

Adrienne M. Stover, Esq. on behalf of Defendant, Visa Enhancement Services (erroneously sued herein as Visa Purchase Security Program Enhancement Services)

(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

(Type or print your name and name of entity, if any, on whose behalf this form is signed)

*Received by fax* (handwritten in left margin)

# Exhibit G

**Exhibit G**

VL-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER:
NAME:  Alex Yakovlev, In Pro Per
FIRM NAME:
STREET ADDRESS:  General Delivery
CITY:  San Diego          STATE:  CA     ZIP CODE:  92110-9999
TELEPHONE NO.:          FAX NO.:
E-MAIL ADDRESS:  alexjacobsky@gmail.com
ATTORNEY FOR (name):

[ ]  COURT OF APPEAL,          APPELLATE DISTRICT, DIVISION
[x]  SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO
STREET ADDRESS: 400 McAllister St
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:  Civic Center Courthouse

**FILED**
San Francisco County Superior Court

OCT  1 2025

CLERK OF THE COURT
BY: _____
Deputy Clerk

PLAINTIFF/PETITIONER: ALEX YAKOVLEV
DEFENDANT/RESPONDENT: VISA ENHANCEMENT SERVICES et al
          OTHER:

**REQUEST TO FILE
NEW LITIGATION BY VEXATIOUS LITIGANT**

Type of case: [ ] Limited Civil   [x] Unlimited Civil   [ ] Small Claims
              [ ] Family Law      [ ] Probate          [ ] Other

CASE NUMBER:
CGC09484709

1.  I have been determined to be a vexatious litigant and must obtain prior court approval to file any new litigation in which I am not represented by an attorney. Filing new litigation means (1) commencing any civil action or proceeding, or (2) filing any petition, application, or motion (except a discovery motion) under the Family or Probate Code.

2.  I have attached to this request a copy of the document to be filed and I request approval from the presiding justice or presiding judge of the above court to file this document (name of document):
NOTICE OF MOTION AND EXPANDED CONSOLIDATED MOTION TO VACATE VOID VEXATIOUS LITIGANT ORDER; TO SET ASIDE DISMISSAL AND REOPEN CASE; FOR SANCTIONS; AND FOR REASONABLE ACCOMMODATIONS; [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE VEXATIOUS LITIGANT ORDER AND DISMISSAL, REFUND SECURITY DEPOSIT, AND PROVIDE ACCOMMODATIONS

3.  The new filing has merit because (Provide a brief summary of the facts on which your claim is based; the harm you believe you have suffered or will suffer; and the remedy or resolution you are seeking):
The grounds for this motion are that the Vexatious Litigant Order and the subsequent dismissal of this action were procured through a calculated and malicious campaign of extrinsic fraud, perjury, and the willful presentation of false evidence by Defendant's counsel. These orders are void as a matter of law, having been entered in flagrant violation of Plaintiff's fundamental constitutional rights to notice and an opportunity to be heard. Furthermore, the underlying motion to declare Plaintiff a vexatious litigant was substantively baseless, resting upon a perjured declaration that deliberately mischaracterized Plaintiff's litigation history.

4.  The new filing is not being filed to harass or to cause a delay because (give reasons):
This Court has the power and the solemn obligation to remedy this injustice. The principles of equity and due process are not abstract ideals; they are the tools the Court must use to correct its own errors and protect the integrity of the judicial process. Plaintiff asks this Court to wield those tools now. Vacate the void orders. Remove Plaintiff's name from the vexatious litigant list. Return his unjustly kept security deposit. Restore his case to the calendar and his faith in the principle of equal justice under law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/16/2025

Alex Yakovlev
          (TYPE OR PRINT NAME)                                              (SIGNATURE)

Page 1 of 1

# Exhibit H

**Exhibit H**

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk/Executive Officer
Electronically FILED on 12/22/2025 by T. Nevils, Deputy Clerk

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

| | |
|---|---|
| ALEX YAKOVLEV, <br><br>    Petitioner, <br><br> v. <br><br> THE SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY, <br><br>    Respondent; <br><br> VISA PURCHASE SECURITY ENHANCEMENT SERVICES, <br><br>    Real Party in Interest. | A174449 <br><br> (San Francsico City & County Super. Ct. No. CGC-09-484709) |

The petition for rehearing, filed December 1, 2025, is denied.

In light of the court's dismissal of this proceeding, petitioner's request for reasonable accommodations, filed December 1, 2025, is denied as moot. Petitioner may submit his request for reasonable accommodations in any active proceeding in this court. However, no new request needs to be submitted in case No. A174980 in which petitioner's request for reasonable accommodations, filed December 8, 2025, remains pending.

Dated: <u>December 22, 2025</u>

**Humes, A.P.J.**

_____ A.P.J.