UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YAKOVLEV, | Case No. 26-cv-01132-AGT |
| Plaintiff, | |
| v. | **ORDER GRANTING IFP APPLICATION** |
| THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO, et al., | Re: Dkt. No. 2 |
| Defendants. | |

Finding that Alex Yakovlev "cannot pay the court costs and still afford the necessities of life," *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015), the Court grants his application to proceed *in forma pauperis*. The Court would benefit from adversarial briefing on Yakovlev's claims and so will not dismiss his complaint under the IFP statute's screening provision, 28 U.S.C. § 1915(e)(2)(B). This decision is without prejudice to any arguments that Defendants may raise after being served.

The Clerk's Office shall issue summonses, and the U.S. Marshal shall serve Defendants, without prepayment of fees, with a copy of the complaint and this order.

**IT IS SO ORDERED.**

Dated: March 20, 2026

Alex G. Tse
United States Magistrate Judge