UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YAKOVLEV,<br><br>             Plaintiff,<br><br>      v.<br><br>THE SUPERIOR COURT OF THE<br>STATE OF CALIFORNIA, COUNTY OF<br>SAN FRANCISCO, et al.,<br><br>             Defendants. | Case No.  26-cv-01132-AGT<br><br><br>**ORDER (I) DENYING REQUEST FOR<br>PACER FEE EXEMPTION (II)<br>CONFIRMING MEANS OF<br>COMMUNICATION**<br><br>Re: Dkt. Nos. 3, 6 |

1. <u>PACER</u>. The Court denies Alex Yakovlev's request for a PACER fee waiver. Dkt. 6-1 at 19. Yakovlev doesn't need a fee waiver because without paying fees, he can view all filings in this case. He is a registered e-filer within the Court's Electronic Case Filing (ECF) system. As an e-filer, "each time a document is e-filed in [his] case, [he] will receive a 'Notice of Electronic Filing' email, which will allow [him] to view the document for free one time." *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, United States District Court, Northern District of California at 10 (2020), https://cand.uscourts .gov/representing-yourself/pro-se-handbook.[1] Court opinions, meanwhile, are "always free" on PACER. *PACER Pricing: How Fees Work*, Public Access to Court Electronic Records, https://pacer.uscourts.gov/pacer-pricing-how-fees-work. The Court needn't waive PACER

---

[1] "This 'free look' is only for the first time [Yakovlev] open[s] the document. . . . [He] will be charged for subsequent viewings of the document. [He] should therefore print or save an electronic copy of the document during [his] initial viewing." *Id.*

fees to ensure that Yakovlev can keep abreast of all activity in his case.

2. <u>Means of Communication</u>. Yakovlev is homeless and asks that all Court communications be emailed to him. Dkt. 6-1 at 18. The Court confirms that, as explained above, each time a document is e-filed in this case, Yakovlev should receive a "Notice of Electronic Filing" email, which will allow him to access the filing, including Court filings, by email.

**IT IS SO ORDERED.**

Dated: March 24, 2026

_____
Alex G. Tse
United States Magistrate Judge