**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alex Yakovlev | 3:26-cv-01132-AGT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Superior Court of the State of California, County of San Francisco, et al | Summons, Complaint & Orders |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Attorney General,  State of California

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
455 Golden Gate Avenue,  Suite 11000,  San Francisco, CA 94102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Alex Yakovlev<br>General Delivery (Homeless)<br>San Diego, CA 96151 | Number of process to be served with this Form 285 — **4** |
| | Number of parties to be served in this case — **5** |
| | Check for service on U.S.A. |

F I L E D

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

APR 07 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | ☒ PLAINTIFF ☐ DEFENDANT | (415) 522-2067 | 3/25/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 11 | No. 11 | | 4/2/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 4/2/26 | 11:00 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS



R E C E I V E D

APR - 2, 26

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

Acknowledgement

Form USM-285
Rev. 03/21