UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YAKOVLEV,<br><br>       Plaintiff(s),<br><br>   v.<br><br>THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendant(s). | Case No. 3:26-cv-01132-AGT<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: <u>April 24</u>, 20<u>26</u>       NAME: <u>Matthew L. Green</u>

<u>/s/ Matthew L. Green</u>
*Signature*

COUNSEL FOR
(OR "PRO SE"): Defendants Superior Court of California, County of San Francisco; California Court of Appeal, First Appellate District; Honorable Rochelle C. East, Presiding Judge of the Superior Court of California, County of San Francisco; and Brandon Riley, Court Executive Officer of the Superior Court of California, County of San Francisco

Yakovlev v. Superior Court of California, et. al
United States District Court, Northern District of California,
San Francisco Division, Case No. 3:26-CV-01132-AGT

## **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 655 West Broadway, 15th Floor, San Diego, California  92101.  On April 24, 2026, I served a copy of the within document(s):

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT;

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT

☒ **By Electronic Service**.  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

☒ **By e-mail or electronic transmission.**  I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

25508.00224\44930846.1

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

Alex Yakovlev, Pro Se
General Delivery (Homeless)
San Diego, CA 92110-9999

IN PRO PER PLAINTIFF – VIA EMAIL

Tel.:
Email: alexjacobsky@gmail.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 24, 2026, at San Diego, California.

/s/ Lisa Atwood

Lisa Atwood

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

25508.00224\44930846.1