Alex Yakovlev, Pro Se
General Delivery
Sacramento, CA 95812-9999
Email: alexjacobsky@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX YAKOVLEV,<br><br>                         Plaintiff,<br><br>          v.<br><br>THE SAN FRANCISCO<br>SUPERIOR COURT, et al.,<br>                         Defendants. | **Case No:** 3:26-cv-01132 (PS)<br><br>**NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND OBJECTION TO DEFENDANTS' REPLY**<br>**Date:** June 5, 2026<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom A (15th Floor) |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Plaintiff ALEX YAKOVLEV, Pro Se, respectfully lodges the following exhibits in support of their Motion to Strike Defendants' Reply and Objection to Defendants' Reply Memorandum.

**EXHIBIT A – Email Chain (April 24-26, 2026) and Certificates of Service**

**This exhibit contains the complete email chain showing:**

- April 24, 2026 email from Lisa Atwood of Best Best & Krieger LLP to Plaintiff at alexjacobsky@gmail.com, attaching Defendants' Motion to Dismiss as a PDF. This shows that Defendants knew how to serve Plaintiff properly by email with attachments and that they had Plaintiff's correct email address.

- April 26, 2026 email from Plaintiff to Lisa.Atwood@bbklaw.com and Matthew.Green@bbklaw.com, attaching Plaintiff's Opposition to Defendants' Motion to Dismiss. This shows that Plaintiff served his opposition properly by email with attachments, citing this Court's Order at ECF No. 13 as authority.

- Plaintiff's Certificate of Service filed with the Court on April 26, 2026.

- Plaintiff's Certificate of Service dated May 18, 2026, showing service of the Motion to

-1-
NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND OBJECTION
TO DEFENDANTS' REPLY

Strike and related documents on Defendants' counsel via email.

**EXHIBIT B – May 15, 2026 Notice of Electronic Filing (ECF No. 25)**

**This exhibit is the NEF that Plaintiff received from the Court's CM/ECF system. It shows:**

- The NEF contained no attachment – only a hyperlink.

- The NEF warned: "To avoid later charges, download a copy of each document during this first viewing."

- Plaintiff is registered with CM/ECF for efiling only. They cannot search cases or download documents from the system. They may only download once from the NEF link. After that, the link expires or requires payment – which Plaintiff cannot afford as a disabled transient litigant.

This exhibit shows that Defendants did not serve Plaintiff by email with an attachment. They relied solely on the CM/ECF system.

**EXHIBIT C – Defendants' Proof of Service (ECF No. 25-1)**

This exhibit is the Proof of Service filed by Defendants with their reply. It states: "By Electronic Service. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities."

This exhibit shows that Defendants claimed service was accomplished through the CM/ECF system alone. They did not claim to have sent any email to Plaintiff. They did not claim to have attached the reply.

Dated: May 18, 2026

Respectfully submitted,

/s/ Alex Yakovlev
ALEX YAKOVLEV
Plaintiff, Pro Se

-2-

 **Gmail**

Alex <alexjacobsky@gmail.com>

## CERTIFICATE OF SERVICE
2 messages

**Alex** <alexjacobsky@gmail.com>                                                  Sun, Apr 26, 2026 at 5:27 AM
To: Lisa Atwood <Lisa.Atwood@bbklaw.com>
Cc: Matthew Green <Matthew.Green@bbklaw.com>

**CERTIFICATE OF SERVICE**

I, ALEX YAKOVLEV, certify that on April 26, 2026, I served a true and correct copy of

Plaintiff's Opposition to Defendants' Motion to Dismiss (24 pages, plus table of contents and
authorities);
Notice of Lodging of Exhibits A-Z in Support of Challenge to Vexatious Litigant Prefiling Order
(with exhibits A through Z-2).

on Defendants' counsel via email to Lisa.Atwood@bbklaw.com and Matthew.Green@bbklaw.com,
as permitted by this Court's Order at ECF No. 13.

Executed on April 26, 2026, at San Diego, California.

/s/ Alex Yakovlev
ALEX YAKOVLEV

On Sun, Apr 26, 2026 at 2:56 AM Alex <alexjacobsky@gmail.com> wrote:

> **April 26, 2026**
>
> **VIA EMAIL ONLY** (per Court Order ECF No. 13)
>
> Lisa Atwood, Esq.
> Matthew Green, Esq.
> BBK Law
> Email: Lisa.Atwood@bbklaw.com
> Email: Matthew.Green@bbklaw.com
>
> **Re: Yakovlev v. The San Francisco Superior Court, et al.**
> **U.S. District Court, Northern District of California**
> **Case No.: 3:26-cv-01132 (PS)**
> **Judicial Defendants' Motion to Dismiss Complaint**
>
> Dear Ms. Atwood and Mr. Green:
>
> Thank you for your email of April 24, 2026, transmitting the Judicial Defendants' Motion to
> Dismiss Complaint and supporting documents.

Please be advised that Plaintiff filed the following documents on April 26, 2026, in opposition to Defendants' motion:

1. **Plaintiff's Opposition to Defendants' Motion to Dismiss** (24 pages, plus table of contents and authorities);

2. **Notice of Lodging of Exhibits A-Z in Support of Challenge to Vexatious Litigant Prefiling Order** (with exhibits A through Z-2).

These documents were served on all Defendants via email, as permitted by this Court's Order at ECF No. 13. Copies are attached to this email for your convenience.

Plaintiff looks forward to the Court's resolution of the pending motion.

Respectfully,

/s/ Alex Yakovlev

**Alex Yakovlev**
Plaintiff, Pro Se


**Attachments (via email):**

- Plaintiff's Opposition to Defendants' Motion to Dismiss (PDF)

- Notice of Lodging of Exhibits A-Z (PDF)

- Exhibits A through Z-2 (PDFs)


On Fri, Apr 24, 2026 at 10:31 AM Lisa Atwood <Lisa.Atwood@bbklaw.com> wrote:

> Good morning, Mr. Yakovlev.  See the attached Judicial Defendants Motion to Dismiss Complaint and supporting documents, filed with the USDC Court today.
>
>
> Lisa

---

**Alex** <alexjacobsky@gmail.com>                                                     Mon, May 18, 2026 at 8:52 PM
Draft To: Lisa Atwood <Lisa.Atwood@bbklaw.com>
Cc: Matthew Green <Matthew.Green@bbklaw.com>

### CERTIFICATE OF SERVICE

I, Alex Yakovlev, certify that on May 18, 2026, I served the following documents on Defendants' counsel via

email to Lisa.Atwood@bbklaw.com and Matthew.Green@bbklaw.com:

1. Notice of Lodging of Exhibits

2. Master Declaration of Alex Yakovlev

3. Motion to Strike Defendants' Reply for Defective Service and Request for Non-Monetary Sanctions

4. Plaintiff's Objection to Defendants' Reply Memorandum on the Merits

5. Exhibit A (Email chain April 24-26, 2026)

6. Exhibit B (May 15, 2026 NEF)

7. Exhibit C (Defendants' Proof of Service, ECF No. 25-1)

Executed May 18, 2026.

[Quoted text hidden]
[Quoted text hidden]

5/18/26, 8:58 PM
Gmail - Activity in Case 3:26-cv-01132-AGT Yakovlev v. The Superior Court of the State of California, County of San Francisco et al…

Case 3:26-cv-01132-AGT   Document 26-2   Filed 05/18/26   Page 6 of 7

                                                    **Alex <alexjacobsky@gmail.com>**

---

## Activity in Case 3:26-cv-01132-AGT Yakovlev v. The Superior Court of the State of California, County of San Francisco et al Reply to Opposition/Response

1 message

---

**ECF-CAND@cand.uscourts.gov** <ECF-CAND@cand.uscourts.gov>          Fri, May 15, 2026 at 1:25 PM
To: efiling@cand.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered by Green, Matthew on 5/15/2026 at 1:25 PM and filed on 5/15/2026

| | |
|---|---|
| **Case Name:** | Yakovlev v. The Superior Court of the State of California, County of San Francisco et al |
| **Case Number:** | 3:26-cv-01132-AGT |
| **Filer:** | Rochelle C. East |
| | Brandon E. Riley |
| | The Court of Appeal of the State of California, First Appellate District |
| | The Superior Court of the State of California, County of San Francisco |
| **Document Number:** | 25 |

**Docket Text:**
**REPLY (re [20] MOTION to Dismiss for Lack of Jurisdiction ) filed byRochelle C. East, Brandon E. Riley, The Court of Appeal of the State of California, First Appellate District, The Superior Court of the State of California, County of San Francisco. (Green, Matthew) (Filed on 5/15/2026)**

**3:26-cv-01132-AGT Notice has been electronically mailed to:**

Alex Yakovlev &nbsp &nbsp alexjacobsky@gmail.com

Matthew Lawrence Green &nbsp &nbsp Matthew.Green@bbklaw.com, Lisa.Atwood@bbklaw.com

**3:26-cv-01132-AGT Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Yakovlev Judicial Defendants Motion to Dismiss Reply.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/15/2026] [FileNumber=23568900-0]
[0c252be7ab725c1bace14a6900a3447c70ebd9c0b166471430ef8a603b0690d6bef4
c153dbfa7e82845c013592d75e669df5edc8018cf3400421eee3fa730018]]

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

Yakovlev v. Superior Court of California, et. al
United States District Court, Northern District of California,
San Francisco Division, Case No. 3:26-CV-01132-AGT

## **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 655 West Broadway, 15th Floor, San Diego, California  92101.  On May 15, 2026, I served a copy of the within document(s):

REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT

☒  **By Electronic Service**.  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

| | |
|---|---|
| Alex Yakovlev, Pro Se<br>General Delivery (Homeless)<br>San Diego, CA  92110-9999 | IN PRO PER PLAINTIFF<br><br>Tel.:<br>Email: alexjacobsky@gmail.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2026, at San Diego, California.

/s/ Lisa Atwood
Lisa Atwood

25508.00224\44930846.1