Alex Yakovlev, Pro Se
General Delivery
Sacramento, CA 95812-9999
Email: alexjacobsky@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX YAKOVLEV,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE SAN FRANCISCO<br>SUPERIOR COURT, et al.,<br>                    Defendants. | **Case No:** 3:26-cv-01132 (PS)<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date:** June 5, 2026<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom A (15th Floor) |

I, ALEX YAKOVLEV, certify that on May 18, 2026, I served the following documents on Defendants' counsel via email to Lisa.Atwood@bbklaw.com and Matthew.Green@bbklaw.com:

**1.**    Notice of Lodging of Exhibits.

**2.**    Master Declaration of ALEX YAKOVLEV.

**3.**    Motion to Strike Defendants' Reply for Defective Service and Request for Non-Monetary Sanctions.

**4.**    Plaintiff's Objection to Defendants' Reply Memorandum on the Merits.

**5.**    Exhibit A (Email chain April 24-26, 2026).

**6.**    Exhibit B (May 15, 2026 NEF).

**7.**    Exhibit C (Defendants' Proof of Service, ECF No. 25-1).

Executed May 18, 2026 in Sacramento County, California.

/s/ Alex Yakovlev
ALEX YAKOVLEV
Plaintiff, Pro Se

-1-
CERTIFICATE OF SERVICE

 **Gmail**

Alex <alexjacobsky@gmail.com>

## CERTIFICATE OF SERVICE

**Alex** <alexjacobsky@gmail.com>                                      Mon, May 18, 2026 at 9:03 PM
To: Lisa Atwood <Lisa.Atwood@bbklaw.com>
Cc: Matthew Green <Matthew.Green@bbklaw.com>

### CERTIFICATE OF SERVICE

I, Alex Yakovlev, certify that on May 18, 2026, I served the following documents on Defendants' counsel via

email to Lisa.Atwood@bbklaw.com and Matthew.Green@bbklaw.com:

1. Notice of Lodging of Exhibits

2. Master Declaration of Alex Yakovlev

3. Motion to Strike Defendants' Reply for Defective Service and Request for Non-Monetary Sanctions

4. Plaintiff's Objection to Defendants' Reply Memorandum on the Merits

5. Exhibit A (Email chain April 24-26, 2026)

6. Exhibit B (May 15, 2026 NEF)

7. Exhibit C (Defendants' Proof of Service, ECF No. 25-1)

Executed May 18, 2026.

/s/ Alex Yakovlev

ALEX YAKOVLEV


On Sun, Apr 26, 2026 at 5:27 AM Alex <alexjacobsky@gmail.com> wrote:

> ### CERTIFICATE OF SERVICE
>
> I, ALEX YAKOVLEV, certify that on April 26, 2026, I served a true and correct copy of
>
> Plaintiff's Opposition to Defendants' Motion to Dismiss (24 pages, plus table of contents and authorities);
> Notice of Lodging of Exhibits A-Z in Support of Challenge to Vexatious Litigant Prefiling Order (with exhibits A through Z-2).
>
> on Defendants' counsel via email to Lisa.Atwood@bbklaw.com and Matthew.Green@bbklaw.com, as permitted by this Court's Order at ECF No. 13.
>
> Executed on April 26, 2026, at San Diego, California.

/s/ Alex Yakovlev
ALEX YAKOVLEV

On Sun, Apr 26, 2026 at 2:56 AM Alex <alexjacobsky@gmail.com> wrote:

**April 26, 2026**

**VIA EMAIL ONLY** (per Court Order ECF No. 13)

Lisa Atwood, Esq.
Matthew Green, Esq.
BBK Law
Email: Lisa.Atwood@bbklaw.com
Email: Matthew.Green@bbklaw.com

**Re: Yakovlev v. The San Francisco Superior Court, et al.**
**U.S. District Court, Northern District of California**
**Case No.: 3:26-cv-01132 (PS)**
**Judicial Defendants' Motion to Dismiss Complaint**

Dear Ms. Atwood and Mr. Green:

Thank you for your email of April 24, 2026, transmitting the Judicial Defendants' Motion to Dismiss Complaint and supporting documents.

Please be advised that Plaintiff filed the following documents on April 26, 2026, in opposition to Defendants' motion:

1. **Plaintiff's Opposition to Defendants' Motion to Dismiss** (24 pages, plus table of contents and authorities);
2. **Notice of Lodging of Exhibits A-Z in Support of Challenge to Vexatious Litigant Prefiling Order** (with exhibits A through Z-2).

These documents were served on all Defendants via email, as permitted by this Court's Order at ECF No. 13. Copies are attached to this email for your convenience.

Plaintiff looks forward to the Court's resolution of the pending motion.

Respectfully,

/s/ Alex Yakovlev

**Alex Yakovlev**
Plaintiff, Pro Se

**Attachments (via email):**

- Plaintiff's Opposition to Defendants' Motion to Dismiss (PDF)

- Notice of Lodging of Exhibits A-Z (PDF)

- Exhibits A through Z-2 (PDFs)

On Fri, Apr 24, 2026 at 10:31 AM Lisa Atwood <Lisa.Atwood@bbklaw.com> wrote:

> Good morning, Mr. Yakovlev.  See the attached Judicial Defendants Motion to Dismiss Complaint and supporting documents, filed with the USDC Court today.
>
> Lisa

**4 attachments**

 **NOTICE OF LODGING OF EXHIBITS 5-18-26.pdf**
602K

 **MASTER DECLARATION 5-18-26.pdf**
207K

 **MOTION TO STRIKE DEFENDANTS' REPLY 5-18-26.pdf**
179K

**OBJECTION TO DEFENDANTS' REPLY 5-18-26.pdf**
231K