MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, Suite 1500
San Diego, California  92101
Telephone:    (619) 525-1300
Facsimile:    (619) 233-6118

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN FRANCISCO; CALIFORNIA
COURT OF APPEAL, FIRST APPELLATE
DISTRICT; HON. ROCHELLE C. EAST,
Presiding Judge of the Superior Court of
California, County of San Francisco; and
BRANDON RILEY, Court Executive Officer of
the Superior Court of California, County of San
Francisco

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YAKOVLEV,<br><br>Plaintiff,<br><br>v.<br><br>THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 3:26-cv-01132-AGT<br>Judge: Hon. Alex G. Tse<br><br>**AMENDED PROOF OF SERVICE**<br><br>Date:        June 5, 2026<br>Time:        10:00 a.m.<br>Dept.:       Courtroom A (15th Floor)<br><br>Action Filed:    February 5, 2026 |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

25508.00224\45030567.1

- 1 -

3:26-CV-01132-AGT
AMENDED PROOF OF SERVICE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

Yakovlev v. Superior Court of California, et. al
United States District Court, Northern District of California,
San Francisco Division, Case No. 3:26-CV-01132-AGT

## **AMENDED PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On May 19, 2026, I served a copy of the within document(s):

REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT

☒ **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

☒ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Alex Yakovlev, Pro Se                          IN PRO PER PLAINTIFF
General Delivery (Homeless)
San Diego, CA  92110-9999                   Tel.:
                                             Email: alexjacobsky@gmail.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 19, 2026, at San Diego, California.

/s/ Lisa Atwood
Lisa Atwood

25508.00224\44930846.1