**Gmail**

**Alex <alexjacobsky@gmail.com>**

## Service of Documents – Yakovlev v. San Francisco Superior Court, Case No. 3:26-cv-01132-AGT

1 message

**Alex** <alexjacobsky@gmail.com>                                    Tue, May 19, 2026 at 1:55 PM
To: Lisa Atwood <Lisa.Atwood@bbklaw.com>
Cc: Matthew Green <Matthew.Green@bbklaw.com>

**DATE:** May 19, 2026

Dear Lisa Atwood and Matthew Green:

Please accept the following documents as electronically served on Defendants' counsel pursuant to this Court's Order at ECF No. 13:

1. Plaintiff's Notice of Request for Decision on the Papers, Request for Accommodation of Disability Under Section 504 of the Rehabilitation Act, and Notice of Inability to Appear at June 5, 2026 Hearing
2. Declaration of Alex Yakovlev in Support of Notice of Request for Decision on the Papers and Request for Accommodation of Disability Under Section 504 of the Rehabilitation Act

These documents are attached as PDFs to this email.

Respectfully,

Alex Yakovlev
Plaintiff, Pro Se
General Delivery
Sacramento, CA 95812-9999
alexjacobsky@gmail.com

On Tue, May 19, 2026 at 11:29 AM Lisa Atwood <Lisa.Atwood@bbklaw.com> wrote:

> Hello, Mr. Yakovlev.  See the attached **_Amended Proof of Service_** re: Judicial Defendants Reply Memorandum In Support Of Motion to Dismiss Complaint, filed with the USDC Court today.
>
>
> Lisa



**Lisa Atwood**
(She/Her)
Legal Practice Assistant
lisa.atwood@bbklaw.com
T: (619) 525-1322
bbklaw.com |



**2 attachments**

📄 **PLAINTIFF'S NOTICE OF REQUEST FOR DECISION ON THE PAPERS 5-19-26.pdf**
216K

📄 **DECLARATION OF ALEX YAKOVLEV IN SUPPORT OF NOTICE 5-19-26.pdf**
180K