UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX YAKOVLEV,

Plaintiff,

v.

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 26-cv-01132-AGT

**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkt. No. 39

Alex Yakovlev seeks leave to file a motion for reconsideration of the Court's order granting Defendants' motion to dismiss and denying Yakovlev's motions to amend the complaint, to strike Defendants' reply, and to appear remotely. *See* Dkts. 38, 39.

The Court denies Yakovlev's request. Yakovlev hasn't identified "a material difference in fact or law . . . from that which was presented to the Court," "[t]he emergence of new material facts or a change of law," or "[a] manifest failure by the Court to consider material facts or dispositive legal arguments which were presented." Civil L.R. 7-9(b).

If Yakovlev intends to amend the ADA claim, the deadline to file an amended complaint remains January 19, 2027.

**IT IS SO ORDERED.**

Dated: November 20, 2026

Alex G. Tse
United States Magistrate Judge